UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:09-CR-144 |
| v. | ) | |
| | ) | Collier/Carter |
| DONALD FILLERS, *et al*. | ) | |

**O R D E R**

On January 31, 2011, United States Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation ("R&R") (Court File No. 230) recommending the Court grant Defendants' motion to supplement the record with three additional exhibits (Court File No. 221). Neither party filed an objection.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 230) pursuant to 28 U.S.C. § 636(b)(1), and **GRANTS** Defendants' motion to supplement the record with three additional exhibits (Court File No. 221).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**